UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOE HAND PROMOTIONS, INC., as Broadcast
Licensee of the August 26, 2017 Mayweather vs.
McGregor Match,

                *Plaintiff*,

v.                                                                          Case No. 3:19-cv-012
                                                                         Judge Thomas M. Rose

**RENEA D. TURNER**, Individually, and as
officer, director, shareholder, principal, manager
and/or member of **INFUSION'S FINE DINING
& SPIRITS LLC**, d/b/a **INFUSIONS FINE
DINING & SPIRITS**, a/k/a **VOODOO MOON**,
a/k/a **CHAMPION CITY SPORTS CLUB**, et al.,

                *Defendants*.

---

**ENTRY AND ORDER DENYING MOTION TO DISMISS.
ECF 10.**

---

Pending before the Court is Motion to Dismiss by Pro Se Defendant Renea D. Turner. ECF 10. For the reasons stated in Plaintiff's response, ECF 18, the motion is **DENIED**.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, April 22, 2019.

                                                                         s/Thomas M. Rose
                                                              _____
                                                                   THOMAS M. ROSE
                                                         UNITED STATES DISTRICT JUDGE