UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

---

**JOE HAND PROMOTIONS, INC.,** as
Broadcast Licensee of the **August 26, 2017
Mayweather vs. McGregor** Match,

                  Plaintiff,

  -against-

RENEA D. TURNER, Individually, and as officer,
director, shareholder, principal, manager and/or member
of INFUSION'S FINE DINING & SPIRITS LLC, d/b/a
INFUSIONS FINE DINING & SPIRITS, a/k/a VOODOO
MOON, a/k/a CHAMPION CITY SPORTS CLUB,

and

INFUSION'S FINE DINING & SPIRITS LLC, d/b/a
INFUSIONS FINE DINING & SPIRITS, a/k/a VOODOO
MOON, a/k/a CHAMPION CITY SPORTS CLUB,

                  Defendants.

---

**DEFAULT JUDGMENT**

Civil Action No.
3:19-CV-00012-TMR

      This action having been commenced on January 11, 2019, by the filing of the Summons and Complaint, and service of the Summons and Complaint was perfected on the Defendant, RENEA D. TURNER, Personally on February 11, 2019, and Defendant, INFUSION'S FINE DINING & SPIRITS LLC, by sub-service upon RENEA D. TURNER, Registered Agent, and a person of suitable age and discretion on February 11, 2019.  The proofs of service were filed with the Court on March 7, 2019 via ECF numbers 14, 15 and 16, respectively, and the Defendants not having answered the Complaint, and the time for answering the Complaint

having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the Plaintiff be awarded damages against the Defendants, *jointly and severally*, in the amount of $75,000.00, plus costs and disbursements of this action in the amount of $3,081.00, amounting in all to $78,081.00, plus interest at 9% per year from August 26, 2017.

Dated: January 10, 2020, 2019

                                             s/Thomas M. Rose
                                             HON. THOMAS M. ROSE
                                             UNITED STATES DISTRICT JUDGE